1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California  94903
3  Telephone:  (415) 472-3892
   Facsimile:   (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorney for Plaintiffs
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 APL CO. Pte., LTD, a corporation, and           No. C 12-4459 EMC
   AMERICAN PRESIDENT LINES, LTD., a
12 corporation,
                                                   **STIPULATED REQUEST FOR
13              Plaintiffs,                        ORDER GRANTING RELIEF FROM
           v.                                      CASE MANAGEMENT SCHEDULE**
14
   EXPORT INTERNATIONAL, INC., a
15 corporation,

16              Defendant.

17

18         Pursuant to Civil Local Rules 6-1(b), 6-2(a), 7-12, and 16-2(d) and (e), plaintiffs

19  American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively "APL") and defendant

20  Export International, Inc. ("EI") request an order granting relief from the Case Management

21  Schedule in the above-captioned matter.

22         No previous time modifications to the Case Management Schedule have been requested

23  or granted.  However, the parties have concurrently filed a Stipulated Request to Further Extend

24  the Time to Respond to Complaint.

25         The requested enlargement of time/ relief from the Case Management Schedule is sought

26  because APL and EI seek to explore all avenues of an early disposition of this dispute and are in

STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE

the process of exchanging documents and information to that end.  EI's counsel has recently provided to APL's counsel a letter brief, including documents, supporting EI's position in this matter.  APL and EI are actively engaged in settlement discussions.  The parties believe it would be beneficial to allow them to seek a possible resolution of the matter, and thereby request relief from the Case Management Schedule.  (*See* Declaration of Mark K. de Langis, filed in support of this Stipulated Request.)

IT IS HEREBY STIPULATED by and between plaintiff APL and defendant EI that the Case Management Schedule shall be vacated and amended to reflect the following dates:

| Date | Event | Governing Rule |
| --- | --- | --- |
| 1/18/2013 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCP 26(f) <br> ADR L.R. 3-5 |
| 1/18/2013 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 & <br> ADR. L.R. 3-5(b) |
| 1/18/2013 | File either Stipulation to ADR Process or Notice of Need for ADR Phone conference | Civil L.R. 16-8© & <br> ADR L.R. 3-5(b) & (c) |
| 1/31/2013 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCP 26(a)(1) <br> Civil L.R. 16-9 |
| 2/7/2013 | Case Management Conference in Courtroom 5, 17th Floor, SF at 9:00 a.m. | Civil L.R. 16-10 |

DATED:  December 14, 2012

LUCAS VALLEY LAW

By: /s/ Mark K. de Langis
Mark K. de Langis
Attorneys for Plaintiffs
AMERICAN PRESIDENT LINES, LTD.
APL Co. Pte., Ltd.

| | | |
|---|---|---|
| 1 | DATED:  December 14, 2012 | HELTZEL, WILLIAMS, YANDELL, ROTH, SMITH, PETERSEN & LUSH, P.C. |

By:  /s/   Michael C. Petersen
      Michael C. Petersen
      Attorneys for Defendant
      EXPORT INTERNATIONAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  12/18/12   _____
      UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

| | |
|---:|:---|
| 1 | **<u>ATTESTATION PURSUANT TO CIVIL L.R. 5.1</u>** |
| 2 | I, Mark K. de Langis, attest that I have on file all holographic signatures corresponding to |
| 3 | any signatures indicated by a conformed signature (/s/) within this e-filed document |
| 4 | |
| 5 | /s/ Mark K. de Langis |
| 6 | Mark K. de Langis |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |