|   |   |
|---|---|
| 1 | LUCAS VALLEY LAW |
|   | MARK K. de LANGIS (SBN 190083) |
| 2 | 2110 Elderberry Lane |
|   | San Rafael, California  94903 |
| 3 | Telephone:  (415) 472-3892 |
|   | Facsimile:   (415) 472-3977 |
| 4 | mdelangis@lucasvalleylaw.com |
| 5 | Attorney for Plaintiffs |
|   | AMERICAN PRESIDENT LINES, LTD. and |
| 6 | APL CO. Pte., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APL CO. Pte., LTD, a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation, | No. C 12-4459 EMC |
|---|---|
| Plaintiffs, | STIPULATED MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT |
| v. |   |
| EXPORT INTERNATIONAL, INC., a corporation, |   |
| Defendant. |   |

Pursuant to Civil Local Rule 6-2, plaintiffs American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively "APL") and defendant Export International, Inc. ("EI") request an order extending the time for EI to file an appearance in this matter.

No previous time modification regarding EI's appearance deadline have been requested or granted.  However, the parties have concurrently filed a Stipulated Request for Order Granting Relief from Case Management Schedule.

The requested enlargement of time relating to EI's appearance deadline is sought because APL and EI seek to explore all avenues of an early disposition of this dispute and are in the process of exchanging documents and information to that end.  The parties believe it would be

1  beneficial to allow them to seek a possible resolution of the matter, and thereby request that the

2  Court extend EI's appearance deadline to January 18, 2013.  (*See* Declaration of Mark K. de

3  Langis, filed in support of this Stipulated Request.)

4      IT IS HEREBY STIPULATED by and between plaintiff APL and defendant EI that EI's

5  appearance deadline be extended to January 18, 2013.

6

7  DATED:  December 14, 2012                     LUCAS VALLEY LAW

8

9

10                   By: /s/  Mark K. de Langis
                      Mark K. de Langis
                      Attorneys for Plaintiffs

11                   AMERICAN PRESIDENT LINES, LTD.
                      APL Co. Pte., Ltd.

12

13

14 DATED:  December 14, 2012          HELTZEL, WILLIAMS, YANDELL, ROTH,
                      SMITH, PETERSEN & LUSH, P.C.

15

16

17

18                   By: /s/  Michael C. Petersen
                      Michael C. Petersen

19                       Attorneys for Defendant
                      EXPORT INTERNATIONAL, INC.

20

21
                **PURSUANT TO STIPULATION, IT IS SO ORDERED**

22

23 Dated:  12/18/12  _____

24                   UNITED STATES DISTRICT JUDGE

25

26

STIPULATED MOTION TO EXTEND      TO THE COMPLAINT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge Edward M. Chen]*

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1**

I, Mark K. de Langis, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document

By: /s/   Mark K. de Langis
           Mark K. de Langis