LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
2110 Elderberry Lane
San Rafael, California  94903
Telephone:  (415) 472-3892
Facsimile:   (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorney for Plaintiffs
AMERICAN PRESIDENT LINES, LTD. and
APL CO. Pte., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. Pte., LTD, a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation,<br><br>           Plaintiffs,<br>   v.<br><br>EXPORT INTERNATIONAL, INC., a corporation,<br><br>           Defendant. | No. C 12-4459 EMC<br><br>**SECOND STIPULATED MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 6-2, plaintiffs American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively "APL") and defendant Export International, Inc. ("EI") request an order extending the time for EI to file an appearance in this matter.

One previous time modification regarding EI's appearance deadline has been requested and granted.  The parties have concurrently filed a Second Stipulated Request for Order Granting Relief from Case Management Schedule.

This second request to extend EI's appearance deadline is sought to allow APL and EI time to finalize a settlement agreement.  The parties have agreed on the amount of a settlement payment from EI to APL.  However, a term of the proposed settlement involves APL entering

SECOND STIPULATED MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT

1  into a shipping contract with EI. An enlargement of the time for the Case Management Schedule
2  will allow the parties to negotiate the terms of that contract and complete the settlement. (*See*
3  Declaration of Mark K. de Langis, filed in support of this Second Stipulated Motion.)
4      IT IS HEREBY STIPULATED by and between plaintiff APL and defendant EI that EI's
5  appearance deadline be extended to February 1, 2013.

DATED:  January 17, 2013

LUCAS VALLEY LAW

By: /s/ Mark K. de Langis
Mark K. de Langis
Attorneys for Plaintiffs
AMERICAN PRESIDENT LINES, LTD.
APL Co. Pte., Ltd.

DATED:  January 17, 2013

HELTZEL, WILLIAMS, YANDELL, ROTH,
SMITH, PETERSEN & LUSH, P.C.

By:  /s/  Michael C. Petersen
Michael C. Petersen
Attorneys for Defendant
EXPORT INTERNATIONAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  1/24/13  _____
DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

SECOND STIPULATED MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL L.R. 5.1** |
| 2 | I, Mark K. de Langis, attest that I have on file all holographic signatures corresponding to |
| 3 | any signatures indicated by a conformed signature (/s/) within this e-filed document. |
| 4 | |
| 5 | _____/s/   Mark K. de Langis_____ |
| 6 | Mark K. de Langis |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

SECOND STIPULATED MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT