| | |
|---|---|
| 1 | LUCAS VALLEY LAW<br>MARK K. de LANGIS (SBN 190083) |
| 2 | 2110 Elderberry Lane<br>San Rafael, California  94903 |
| 3 | Telephone:  (415) 472-3892<br>Facsimile:   (415) 472-3977 |
| 4 | mdelangis@lucasvalleylaw.com |
| 5 | Attorney for Plaintiffs<br>AMERICAN PRESIDENT LINES, LTD. and |
| 6 | APL CO. Pte., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| APL CO. Pte., LTD, a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation, | | No. C 12-4459 EMC |
| Plaintiffs,<br>v. | | **SECOND STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE** |
| EXPORT INTERNATIONAL, INC., a corporation, | | |
| Defendant. | | |

Pursuant to Civil Local Rules 6-1(b), 6-2(a), 7-12, and 16-2(d) and (e), plaintiffs American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively "APL") and defendant Export International, Inc. ("EI") request an order granting relief from the Case Management Schedule in the above-captioned matter.

One previous modification to the Case Management Schedule has been requested and granted. The parties have also concurrently filed a Second Stipulated Request to Further Extend the Time to Respond to Complaint.

This second requested enlargement of time/ relief from the Case Management Schedule is sought to allow APL and EI time to finalize a settlement agreement. The parties have agreed on

the amount of a settlement payment from EI to APL.  However, a term of the proposed settlement involves APL entering into a shipping contract with EI.  An enlargement of the time for the Case Management Schedule will allow the parties to negotiate the terms of that contract and complete the settlement.  (*See* Declaration of Mark K. de Langis, filed in support of this Second Stipulated Request.)

    IT IS HEREBY STIPULATED by and between plaintiff APL and defendant EI that the Case Management Schedule shall be vacated and amended to reflect the following dates:

| Date | Event | Governing Rule |
|---|---|---|
| 2/1/2013 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCP 26(f)<br>ADR L.R. 3-5 |
| 2/1/2013 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 &<br>ADR. L.R. 3-5(b) |
| 2/1/2013 | File either Stipulation to ADR Process or Notice of Need for ADR Phone conference | Civil L.R. 16-8© &<br>ADR L.R. 3-5(b) &<br>(c) |
| ~~2/14/2013~~ ~~2/28/13~~ 2/28/13 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCP 26(a)(1)<br>Civil L.R. 16-9 |
| ~~2/21/2013~~ 3/7/13 | Case Management Conference in Courtroom 5, 17th Floor, SF at 9:00 a.m. | Civil L.R. 16-10 |

DATED:  January 17, 2013

                                                LUCAS VALLEY LAW

                                      By: /s/ Mark K. de Langis
                                                Mark K. de Langis
                                               Attorneys for Plaintiffs
                                            AMERICAN PRESIDENT LINES, LTD.
                                                APL Co. Pte., Ltd.

SECOND STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE

1 DATED: January 17, 2013     HELTZEL, WILLIAMS, YANDELL, ROTH,
2                                                SMITH, PETERSEN & LUSH, P.C.

4
5                                 By: /s/ Michael C. Petersen
                                                  Michael C. Petersen
6                                                   Attorneys for Defendant
                                                  EXPORT INTERNATIONAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The CMC is reset to 3/7/13 at 9:00 a.m. A joint CMC Statement shall be filed by 2/28/13.

Dated: 1/24/13                              _____
                                                 UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

SECOND STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE

3

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL L.R. 5.1** |
| 2 | I, Mark K. de Langis, attest that I have on file all holographic signatures corresponding to |
| 3 | any signatures indicated by a conformed signature (/s/) within this e-filed document. |
| 4 | |
| 5 | _____/s/  Mark K. de Langis_____ |
| 6 | Mark K. de Langis |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

SECOND STIPULATED REQUEST FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE