| | |
|---|---|
| 1 | LUCAS VALLEY LAW |
|   | MARK K. de LANGIS (SBN 190083) |
| 2 | 2110 Elderberry Lane |
|   | San Rafael, California 94903 |
| 3 | Telephone: (415) 472-3892 |
|   | Facsimile: (415) 472-3977 |
| 4 | mdelangis@lucasvalleylaw.com |
| 5 | Attorney for Plaintiffs |
|   | AMERICAN PRESIDENT LINES, LTD. and |
| 6 | APL CO. Pte., LTD. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| APL CO. Pte., LTD, a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation, | No. C 12-4459 EMC |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF COMPLAINT; [P~~ROP~~OSED] ORDER** |
| v. | |
| EXPORT INTERNATIONAL, INC., a corporation, | [F.R.C.P. 41(a)(1)(A)(ii)] |
| Defendant. | The Honorable Edward M. Chen |

TO THE COURT:

  Now comes Plaintiffs APL Co. Pte., Ltd. and American President Lines, Ltd. (collectively "APL") and Defendant Export International ("EI") by and through their respective counsel and stipulate to the dismissal of the Complaint as follows:

  1. The Complaint, and all causes of action therein, as between APL and EI, shall be dismissed in its entirety with prejudice.

2. All parties are to bear their own costs and attorneys' fees.

DATED: February 2, 2013　　　　　　　　　　LUCAS VALLEY LAW

By: /s/ Mark K. de Langis
　　Mark K. de Langis
　　Attorneys for Plaintiffs
　　AMERICAN PRESIDENT LINES, LTD.
　　APL Co. Pte., Ltd.

DATED: February 2, 2013　　　　　　　　　　HELTZEL, WILLIAMS, YANDELL, ROTH,
　　　　　　　　　　　　　　　　　　　　　　SMITH, PETERSEN & LUSH, P.C.

By: /s/ Michael C. Petersen
　　Michael C. Petersen
　　Attorneys for Defendant
　　EXPORT INTERNATIONAL, INC.

## [P~~ROP~~OSED] ORDER

**PURSUANT TO STIPULATION** of counsel for all parties that have appeared in this action,

**IT IS SO ORDERED** that:

1. The Complaint, and all causes of action therein, as between Plaintiffs APL Co. Pte., Ltd. and American President Lines, Ltd. and Defendant Export International shall be dismissed in its entirety with prejudice.

2. All parties are to bear their own costs and attorneys' fees.

Dated: 2/6/13

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

1 **ATTESTATION PURSUANT TO CIVIL L.R. 5.1**

2     I, Mark K. de Langis, hereby attest that I have on file all holographic signatures

3 corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed

4 document

|   |   |
|---|---|
| February 2, 2013 | By: /s/ Mark K. de Langis<br>Mark K. de Langis |